1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
6
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California  94102
   Telephone:   (415) 436-6838
8  Facsimile:   (415) 436-7234
   Matthew.McCarthy@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,         | ) | CR No. 09-0239-PJH
17 |         Plaintiff,                | ) | [PROPOSED] STIPULATED ORDER
   |                                   | ) | CONTINUING STATUS CONFERENCE
18 |     v.                            | ) |
   |                                   | ) | **Current Hearing Date: June 17, 2009**
19 | DANNY PEREDA,                     | ) | Time:   1:30 p.m.
   |   a/k/a Teddy Ramos,              | ) | Judge:  Hon. Phyllis J. Hamilton
20 |                                   | ) |
   |         Defendant.                | ) | **Proposed Hearing Date: July 8, 2009**
21 |_____| ) | Time:   1:30 p.m.

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 09-0239-PJH

1  The above-captioned case is currently scheduled for a status conference on
2  Wednesday, June 17, 2009 at 1:30 p.m.  Brendan Conroy, counsel for the defendant, is
3  currently in trial in the Superior Court of San Mateo County, and will be unable to attend
4  the scheduled hearing on June 17.  Accordingly, the parties stipulate and jointly request
5  that the hearing set for June 17 be taken off of the Court's calendar.
6  Matthew McCarthy, counsel for the government, will be in trial before the
7  Honorable Susan Illston during the week of June 22-26, and Mr. Conroy will be
8  unavailable on July 1, 2009.  Accordingly, the parties request that the Court set this
9  matter for Wednesday, July 8, 2009 at 1:30 p.m.
10  Further, the parties stipulate and jointly request that time be excluded from
11  the Speedy Trial Act calculations from Wednesday, June 17 through Wednesday, July 8,
12  2009 for effective preparation and continuity of counsel.  The parties agree that the ends
13  of justice served by granting such a continuance outweigh the best interests of the public
14  and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

### SPEEDY TRIAL ACT IMPLICATIONS

16  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are
17  seventy (70) days remaining before the trial in this case must commence.  Taking the
18  stipulated time exclusion from Wednesday, June 17 through Wednesday, July 8, 2009
19  into account, the "speedy trial" date for this matter is September 16, 2009.
20  IT IS SO STIPULATED.

22  6-15-09                                         /s/
23  DATED                                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney
24                                                 Northern District of California
                                                   MATTHEW L. McCARTHY
25                                                 Assistant United States Attorney

26
   6-15-09                                         /s/
27
   DATED                                           BRENDAN CONROY
28                                                 Attorney for Danny Pereda

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 09-0239-PJH                                1

For good cause shown, the status conference now scheduled for Wednesday, June 17, 2009 is vacated. The matter shall be added to the Court's calendar on Wednesday, July 8, 2009 at 1:30 p.m. for status.

In addition, for the reasons stated above, the Court finds that an exclusion of time from June 17, 2009 through July 8, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv). Taking the stipulated time exclusion from Wednesday, June 17 through Wednesday, July 8, 2009 into account, the "speedy trial" date for this matter is September 16, 2009.

IT IS SO ORDERED.

06/16/09
DATED



HON. PHYLLIS J. HAMILTON
United States District Judge

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 09-0239-PJH                                          2